**Opinion issued September 29, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00277-CV

———————————

**CARL JOINER, Appellant**

**V.**

**MATT WIGGINS, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Case No. 21-CV-2082**

---

## MEMORANDUM OPINION

Appellant Carl Joiner filed this interlocutory appeal seeking review of the trial court's order refusing his request for the entry of a temporary injunction requiring removal of allegedly defamatory billboards and signs. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4) (allowing appeal from refusal to grant temporary injunction).

Joiner has now filed a motion to dismiss his appeal on the ground of mootness because the billboards and signs at issue have been removed. *See* TEX. R. APP. P. 42.1(a)(1) (providing that appellant may dismiss appeal so long as dismissal does not prevent a party from seeking relief to which it otherwise would be entitled).

Joiner's underlying claim for defamation remains pending in the trial court.

Appellee Matt Wiggins has not filed a response opposing dismissal.

We grant Joiner's motion and dismiss the appeal as moot. *See* TEX. R. APP. P. 43.2(f) (court of appeals may render judgment dismissing appeal); *see, e.g.*, *Gallien v. Wells Fargo Bank*, No. 01-17-00590-CV, 2018 WL 1056415, at *1 (Tex. App.—Houston [1st Dist.] Feb. 27, 2018, no pet.) (per curiam) (mem. op.) (dismissing as moot appeal from order denying temporary injunction because parties had resolved dispute such that no justiciable controversy remained as to injunctive relief).

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.